# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COOKEVILLE DIVISION

| | |
|---|---|
| GREGORY W. WITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:18-cv-00035 |
| ) | CHIEF JUDGE CRENSHAW |
| COMMISSIONER, SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is a Report and Recommendation (Doc. No. 18) in which the Magistrate Judge recommends granting the Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 15) and remanding the final decision of the Social Security Administration for further administrative proceedings. No objection to the Report and Recommendation has been filed by the Government. The Court has carefully reviewed the thorough Report and Recommendation and agrees with the Magistrate Judge's analysis. Most notably, the Court agrees with the Magistrate Judge that the ALJ failed to follow the procedural requirements of providing sufficiently specific "good reasons" for discounting the opinions of a treating physician. It is therefore necessary and appropriate to remand this case to give the ALJ an opportunity to conduct further administrative proceedings and comprehensively set forth the reasons for the weight assigned to Witz's treating physicians' opinions. Accordingly, the Report and Recommendation (Doc. No. 18) is **APPROVED AND ADOPTED**. The Motion for Judgment on the Administrative Record (Doc. No. 15) is **GRANTED** and the final decision of the Social Security Administration

is **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE